# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 13, 2015

## NO. 03-14-00277-CV

**Verticor, Ltd., Appellant**

**v.**

**Michael Wood, Appellee**

## APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on April 17, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.